DAVID M. JOLLEY (SBN 191164)
Email:  djolley@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Defendant
TOOTSIE ROLL INDUSTRIES, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| MAXINE BEASLEY, on behalf of herself and all others similarly situated, | Civil Case No.: RG21086723 |
| Plaintiff, | **NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL TO FEDERAL COURT** |
| v. | |
| TOOTSIE ROLL INDUSTRIES, INC., | Complaint filed:  January 25, 2021 |
| Defendant. | Complaint served:  February 2, 2021<br>Removed to Fed. Ct.:  February 23, 2021 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE THAT** on February 23, 2021, defendant Tootsie Roll Industries, Inc. filed in the United States District Court for the Northern District of California a Notice of Removal of Civil Action from State Court.  A copy of the Notice of Removal and the declaration filed in support of that Notice are attached hereto as **Exhibit 1**, and are served and filed herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal with the United States District Court, together with the filing of this Notice with this Court, effects the removal of this action and this Court shall proceed no further unless and until the case has been remanded.

DATED:  February 23, 2021                    DONAHUE FITZGERALD LLP


By:     */s/David M. Jolley*
             DAVID M. JOLLEY

Attorneys for Defendant
TOOTSIE ROLL INDUSTRIES, INC.

NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL TO FEDERAL COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I declare that I am employed in the County of Oakland, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1999 Harrison Street, 25th Floor, Oakland, CA 94612.

On February 23, 2021, I served copies of the attached document(s) entitled:

**NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL TO FEDERAL COURT**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Gregory S. Weston
The Weston Firm
greg@westonfirm.com

X     **E-MAIL OR ELECTRONIC TRANSMISSION**. Based on a Court Order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

X     **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 23, 2021, at Oakland, California.

_____
Candice C. Garretson